AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America
v.
Dennison Billy Jr
(YOB 1990)

*Defendant(s)*

Case No. MJ 26-518 KK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 31, 2025 in the county of Rio Arriba in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 113(a)(6) and 1153 | Assault resulting in serious bodily injury, a crime committed in Indian Country |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

L Hardy
*Complainant's signature*

Lorraine Hardy, Special Agent
*Printed name and title*

Telephonically sworn and electronically signed.

Date: February 10, 2026

Kirtan Khalsa
*Judge's signature*

City and state: Albuquerque, New Mexico

Hon. Kirtan Khalsa U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>DENNISON BILLY JR (YOB 1990)<br><br>Defendants. | Case No. ___________<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Lorraine Hardy, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am currently serving as an FBI Special Agent assigned to the FBI, Albuquerque Division, Farmington Resident Agency, where I primarily investigate crimes that occur in Indian Country to include homicide, aggravated assault, child sexual assault, kidnapping and rape. I also have experience investigating violent crimes to include drug, firearm and trafficking offenses. I have been with the FBI for approximately seven years. I received on the job training from other experienced agents, detectives, Indian Country criminal investigators, and tribal police officers. My investigative training and experience include, but is not limited to, processing crime scenes, conducting surveillance, interviewing subjects and witnesses, writing affidavits for executing search warrants and arrest warrants, examining cellular telephones, managing confidential human sources and cooperating witnesses/defendants, serving subpoenas, collecting evidence and analyzing public records.

## PURPOSE OF AFFIDAVIT

2. This affidavit is in support of criminal charges against subject, Dennison Billy Jr (BILLY), year of birth 1990, in violation of 18 U.S.C. §§ 1153 and 113(a)(6) assault resulting in serious bodily injury, a crime in Indian Country, on or about December 31, 2025.

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The information set forth in this affidavit has been derived from an investigation conducted by the Farmington Resident Agency of the FBI, Jicarilla Police Department (JPD), and communications to me by other law enforcement officers and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause to issue the requested Criminal Complaint and Arrest Warrant. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## STATUTORY AUTHORITY

4. Title 18 U.S.C. § 113(a)(6), assault resulting in serious bodily injury, is provided in relevant part below:

  a. "Whoever, within the special maritime and territorial jurisdiction of the United States, is guilty of an assault shall be punished as follows:

    i. (6) Assault resulting in serious bodily injury, by a fine under this title or imprisonment for not more than ten years, or both."

## TERRITORIAL JURISDICTION MATTERS

5. Title 18 U.S.C. § 1153(a) provides for federal criminal jurisdiction under the following circumstances:

a. "Any Indian who commits against the person or property of another Indian or other person any of the following offenses, namely, murder, manslaughter, kidnapping, maiming, a felony under chapter 109A, incest, a felony assault under section 113, an assault against an individual who has not attained the age of 16 years, felony child abuse or neglect, arson, burglary, robbery, and a felony under section 661 of this title within the Indian country, shall be subject to the same law and penalties as all other persons committing any of the above offenses, within the exclusive jurisdiction of the United States."

## PROBABLE CAUSE

6. On January 1, 2026, the Federal Bureau of Investigation was notified of a domestic assault which took place in Dulce, New Mexico on or about December 31, 2025. On New Years Eve, BILLY physically assaulted his girlfriend (hereinafter referred to as JANE DOE), year of birth 1996, while she was driving a vehicle with BILLY in the passenger seat headed to her residence in Dulce. The location of the incident occurred on a roadway, identified with GPS coordinates 36.91984, -106.98677, which is within the exterior boundaries of the Jicarilla Apache Nation.

7. On December 31st, 2025, at approximately 10:57 p.m. Jicarilla Apache Police Department (JAPD) officers responded to a vehicle parked in the road. Upon arrival JAPD officers observed a sliver pickup truck parked in the middle of the road. An unidentified male, later

identified as BILLY, was sitting in the passenger side of the pickup and no one was sitting on the driver side. Officers walked up to the passenger side of the vehicle to speak with BILLY and immediately noticed that he was highly intoxicated. Officers smelled the odor of some type of alcoholic beverage emitting from his person. Several scratches were observed on BILLY's face, so officers called for Jicarilla Apache Emergency Medical Services (JEMS). While waiting for JEMS to arrive, an unidentified female, later identified as JANE DOE appeared from the North side of the road. Officers noticed blood on JANE DOE's face and her clothing. JANE DOE told the officers BILLY was her boyfriend, and they lived together. Officers asked JANE DOE if there had been any physical violence in their relationship. JANE DOE started to cry and then told the officers yes, but she was unwilling to give further details. JANE DOE told the officers she got out of the truck because she did not want to get hit anymore.

8. While JANE DOE was being treated by JEMS, JAPD officers observed her left ring finger was discolored, swollen, and had what appeared to be blood on it. JANE DOE had a abrasions and a bump above her left eye brow which was swollen. The bridge of JANE DOE's nose appeared to have abrasions, and both her arms had bruises and scratches. JANE DOE was transported to Pagosa Springs Medical Center in an ambulance for treatment.

9. Inside the truck BILLY was sitting in JAPD officers observed a small portion of hair near the driver side door, and what appeared to be blood on the middle console. What officers believed to be blood was also observed on the outside of the driver's side door near the door handle.

10. JAPD officers determined BILLY was in violation of the charges; Domestic Violence, Assault and Battery, Disorderly Conduct, and Intoxication. BILLY was placed in the rear of a marked patrol unit and booked into Jicarilla Apache Department of Corrections.

11. On January 27, 2026, JANE DOE was interviewed by law enforcement. It was learned JANE DOE had been dating BILLY since November 2025, and BILLY had been living with JANE DOE at her residence in DULCE for the last month. JANE DOE stated, when BILLY drinks alcohol he becomes "loud", and hypes himself up. On New Years Eve, JANE DOE wanted to go to Pagosa Springs, Colorado to get fireworks. BILLY purchased a bottle of Vodka while in Pagosa Springs and proceeded to drink the alcohol while they drove home. JANE DOE was driving, and BILLY was in the passenger seat.

12. At approximately 10:00 PM, JANE DOE and BILLY were near Maria Street in Dulce, BILLY started bringing up the past, such as his ex-girlfriends. BILLY told JANE DOE he was a jealous type of person. BILLY made comments to JANE DOE about her being too "easy" or too "friendly". JANE DOE believed BILLY though she was too flirty with other people.

13. Out of nowhere, JANE DOE felt a punch to the right side of her eye but could not remember exactly. JANE DOE believed she lost consciousness. After thinking about the incident, JANE DOE believed BILLY struck her multiple times due to all the cuts on her hands. JANE DOE told BILLY to stop, he was going to make them crash. BILLY did not stop, JANE DOE believed BILLY "blacked out". JANE DOE confirmed "blacked out" meant BILLY was conscious but was not aware of what he was doing, due to drinking too much alcohol.

14. JANE DOE remembered reflexively hitting the brakes and stopping the truck in the road. JANE DOE attempted to exit the vehicle, but BILLY grabbed her by the hair and pulled her back. JANE DOE eventually got away and walked down near the water to get away from BILLY.

15. JANE DOE told law enforcement she returned to the truck when she saw the police officers. JANE DOE was taken by ambulance to Pagosa Springs Hospital and later flown to Colorado Springs Hospital for treatment.

16. While at the hospital JANE DOE stated she felt pain and tension. Her adrenaline was up but stated her pain level on a scale of 0 to 10, 0 being the least and 10 being the most pain, she was a 7. JANE DOE suffered from pain due to the incident for approximately a week and a half.

17. JANE DOE stated BILLY had assaulted her one time earlier just before Christmas time. JANE DOE believed "BILLY" had "blacked out" from drinking too much alcohol. A physical fight occurred in JANE DOE's residence in Dulce. JANE DOE attempted to leave the residence to get away from BILLY, but he held the door closed and would not allow her to leave. BILLY strangled JANE DOE around her neck, it was hard for her to breathe, and everything was getting white. JANE DOE poked BILLY's eye to get him to let her go.

18. BILLY did not appear to remember what happened and later apologized to JANE DOE for what he did to her. JANE DOE did not report the incident to police.

19. JANE DOE stated she was still having trouble breathing out of one side of her nose and also noticed double vision when looking to the side on her right eye. JANE DOE was told by medical staff she may need surgery to repair her nose.

20. Pagosa Spring Hospital, dated January 1, 2026, indicated JANE DOE was admitted for a domestic violence incident resulting in multiple bruises, abrasions, and contusions on her arms, hands, and face. JANE DOE sustained a right orbital wall fracture, fractured nasal bones, and a lamina papyracea fracture. JANE DOE was transferred to Colorado Memorial Hospital for further trauma evaluation.

21. The Jicarilla Police Report (SIJA-25-0883) indicated the Jicarilla Police Department Detective received an email from Pagosa Springs Medical Center (PSMC), Physician Dr. Stephen Stewart. Dr. Stewat believed JANE DOE suffered from a serious bodily injury. Dr.

Stewart's reasoning was because JANE DOE's condition required a higher level of care due to the fractures observed as well as the injuries sustained can be disfiguring and are at a higher risk of serious infection. Dr. Stewart also noted JANE DOE's injuries can also be very painful, and the pain could last for an indefinite amount of time. Dr. Stewart also stated that the injury could lead to permanent dysfunction of the ocular muscles.

22. The Jicarilla Police report also indicated detectives received a response from Doctor Andrew Gilbert from the University of Colorado Memorial Hospital, on January 28th, 2026. Dr. Gilbert stated, he felt JANE DOE's injuries would not likely lead to permanent issues but expressed that according to the medical notes he saw, JANE DOE may have lost consciousness which he felt did meet the standards of serious bodily injury.

23. On January 27, 2026, BILLY was interviewed by law enforcement at the Jicarilla Apache Jail in Dulce, New Mexico. BILLY was provided with his *Miranda* warnings, and, afterward, he stated that he understood those rights and agreed to speak with law enforcement.

24. BILLY told law enforcement, he and his girlfriend, JANE DOE, went to Pagosa Springs, Colorado to get sparklers for JANE DOE's daughters. BILLY and JANE DOE stopped at the Silver Dollar in Pagosa Springs and purchased a fifth of Amsterdam Vodka alcohol. BILLY stated he drank the alcohol, JANE DOE was not drinking alcohol due to her driving the truck. No one else was with them.

25. BILLY stated he blacked out and did not remember anything else. BILLY clarified he did not go unconscious, just forgot everything that happened because he drank too much alcohol. The last thing BILLY remembered was waking up in jail in Dulce on New Years Day having breakfast. BILLY stated jail personnel told him he was in jail on assault charges on his girlfriend.

26. BILLY was asked about a separate incident which occurred around Christmas time, but BILLY stated he did not remember an incident or an argument around Christmas time involving JANE DOE. BILLY stated he and JANE DOE never argued. BILLY stated he did not remember an argument with JANE DOE but was "sorry for what he did". BILLY was asked why he was sorry for what he did. BILLY said he was sorry for his charges and then said he was done talking and wanted to go back. This concluded the interview.

27. On information and belief, BILLY is an enrolled member of the Navajo Nation and JANE DOE is an enrolled member of the Jicarilla Apache Nation.

## CONCLUSION

28. Based on my training, experience, and the information provided in this affidavit, your affiant submits there is probable cause to believe that BILLY violated of 18 U.S.C. §§ 1153 and 113(a)(6) assault resulting in serious bodily injury, a crime in Indian Country, on or about December 31, 2025.

29. I therefore request that the attached Criminal Complaint and Arrest Warrant be issued authorizing the arrest of BILLY

30. Assistant United States Attorney Aaron Jordan, District of New Mexico, reviewed and approved this complaint.

Respectfully submitted,

Lorraine Hardy
Special Agent
Federal Bureau of Investigation
Farmington, New Mexico

Electronically subscribed and telephonically sworn
to me on February 10, 2026:

Honorable Kirtan Khalsa
United States Magistrate Judge