FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 0 2026

KHS

ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26 CR 3911 MLG |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153 and 113(a)(6): |
| | ) | Assault Resulting in Serious Bodily |
| **DENNISON BILLY JR.,** | ) | Injury. |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

On or about December 31, 2025, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **DENNISON BILLY JR.**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

Todd Blanche
~~Acting~~ Attorney General
Ryan Ellison
First Assistant U.S. Attorney

AARON O. JORDAN
Assistant U.S. Attorney