Rev. November 10, 2015

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE KEA W. RIGGS**

| | | | |
|---|---|---|---|
| CR No: | 26-3911 KWR | USA vs. | BILLY |
| Date: | 11/10/26 | Defendant: | DENNISON BILLY |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 9:55am-10:15am | Total Time in Court: | 20 minutes | |
| Clerk: | C. Bevel | Court Recording: | A. Lynch | |
| AUSA: | Aaron Jordan | Defendant's Counsel: | Nat Saing | |
| Courtroom: | ABQ/Bonito | Probation: | Rachel Stevens | |
| Interpreter: | N/A | Interpreter Sworn? | ☐ | Previously sworn |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | Plea | | As to: | Information | Counts: | |
| Guilty Plea: | Accepted | | Plea Agreement: | Accepted | | |
| Date of Plea/Verdict: | 8/10/2026 | PSR: Not Disputed | ☒ | Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | | |

## SENTENCE IMPOSED

| | | | | | |
|---|---|---|---|---|---|
| **IMPRISONMENT (BOP):** | 27 months | | | | |
| ☒ 500-Hour Drug Program | ☐ | BOP sex-offender treatment program | Other: | | |
| **SUPERVISED RELEASE:** | 3 years | | | ☒ | Mandatory/Standard Conditions |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. 31 | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the special conditions listed. |

## MONETARY PENALTIES / FORFEITURES

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | None | SPA: $ | 100.00 | Due Immediately |
| Forfeit rights title & interest to: | | | | | | |

## OTHER

| | | | |
|---|---|---|---|
| ☒ | Waived Appeal Rights per Plea Agreement | ☒ | Held in Custody |
| ☐ | Recommended place(s) of incarceration: | | |
| ☐ | Dismissed Counts: | | |

## PROCEEDINGS

Court has reviewed pleadings including evaluation from Dr. Coffman. AUSA Jordan confirms victim was notified of hearing today. Court grants 3 level downward variance.